# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CONNIE M. LOPEZ, | ) | 1:10-at-00467 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING MOTION FOR |
| | ) | 30 DAY EXTENSION OF TIME TO FILE |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | IFP APPLICATION IN PART |
| | ) | (Doc. 3) |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On June 25, 2010, Plaintiff filed a motion for a thirty day extension of time to submit an In Forma Pauperis (IFP) application.  Plaintiff requested thirty (30) days in order to review the paperwork and return the documents to her counsel.

The Court has reviewed the request and finds that Plaintiff has not established good cause for the thirty day request since the IFP application is only two pages long.  Therefore, the motion is DENIED IN PART.  The Court will allow Plaintiff five (5) additional days to submit the application.  Accordingly, Plaintiff shall submit the IFP application no later than **July 6, 2010.** Failure to do so may result in dismissal of this action.

1

IT IS SO ORDERED.

Dated:  **June 29, 2010**           _____/s/ **Gary S. Austin**_____
                                                       UNITED STATES MAGISTRATE JUDGE