# UNITED STATES DISTRICT COURT

_____**Eastern**_____  **District of**  _____**California**_____

| | |
|---|---|
| LOPEZ M. CONNIE, | |
| Plaintiff | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| V. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | CASE NUMBER: 1:10at0467 |
| Defendant | |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this   __7th__   day of   _____July_____ , __2010__ .

                                                                        /s/ Dennis L. Beck
                                                                    Signature of Judicial Officer

                                                     Dennis L. Beck, U.S. Magistrate Judge
                                                    Name and Title of Judicial Officer