LAWRENCE G. BROWN
United States Attorney
EASTERN DISTRICT OF CALIFORNIA
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
THEOPHOUS H. REAGANS
Special Assistant United States Attorney
333 Market Street, Suite 1500
San Francisco, California 94105
Telephone:  (415) 977-8980
Facsimile:  (415) 744-0134
E-Mail: theophous.reagans@ssa.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE LOPEZ, ) | Case No.  1:10-cv-01222 AWI- SMS |
| ) | |
| ) | STIPULATION TO EXTEND TIME ; |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Defendant, through his attorney undersigned, moves this Court for another Order granting Defendant an additional 14 days to respond to Plaintiff's Confidential Letter up to and including February 21, 2011.

    This request is being made because counsel for Defendant needed additional time

1

to review this case.  Counsel for Defendant apologizes for any inconvenience this delay has caused.

                                  Respectfully submitted,

Dated: January 27, 2011

                                  United States Attorney
                                  LUCILLE GONZALES MEIS
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                         By: */s/ Theophous H. Reagan*s
                                  THEOPHOUS H. REAGANS
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

**IT IS SO ORDERED:**

Dated:   February 15, 2011               /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE