Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Connie Lopez,<br>        Plaintiff,<br><br>    v.<br><br>Commissioner of Social Security<br>        Defendant. | CASE NO. 1:10-cv-01222-AWI-SMS<br><br>STIPULATION AND ORDER<br>FOR EXTENSION OF TIME TO SUBMIT<br>PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a 30-day extension of time to file an opening brief. This extension is requested due to Plaintiff's attorney's workload demands and the number and complexity of the issues in this case. In addition, Plaintiff's counsel had her baby on March 19, 2011 and was released from the hospital today. The current due date for Plaintiff's Opening Brief is March 21, 2011. The new due date will be April 20, 2011.  The scheduling order should be modified accordingly.

Dated: March 21, 2011         /s/ Sengthiene Bosavanh

                              SENGTHIENE BOSAVANH, ESQ.
                              Attorney for Plaintiff

Dated: March 21, 2011         BENJAMIN B. WAGNER
                              United States Attorney


                              By: /s/ Jacqueline Anna Forslund
                              (as authorized via telephone)
                              JACQUELINE ANNA FORSLUND
                              Special Assistant United States Attorney


APPROVED AND SO ORDERED.


Dated:   March 21, 2011            /s/ Sandra M. Snyder
                              UNITED STATES MAGISTRATE JUDGE