BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JACQUELINE A. FORSLUND CSBN 154575
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8932
Facsimile: (415) 744-0134
E-Mail: JacquelineA.Forslund@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| CONNIE LOPEZ,<br>Plaintiff,<br>v.<br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br>Defendant. | CIVIL NO. 1:10-CV-01222-AWI-SMS<br><br>**STIPULATION AND ORDER** |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time to respond to Plaintiff's Opening Brief. The current due date for the Commissioner's responsive brief is May 20, 2011. The extension is needed because the undersigned Special Assistant United States Attorney was reassigned a number of cases from other attorneys and needs extra time to review and brief this case. The new due date will be June 20, 2011.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 23, 2011

/s/ *Sengthiene Bosavanh*
(As authorized via email)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

Dated: May 23, 2011

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated: May 25, 2011

/s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE